FEDERAL INS. CO. et al. v. STARIN. (Circuit Court of Appeals, Second Circuit. April 1, 1907.) No. 244. Appeal from the District Court of the United States for the Southern District of New York. James D. Dewell, Jr., and Avery F. Cushman, for appellant. L. Kneeland, for appellees. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree (134 Fed. 1010) affirmed, with interest and costs, on the opinion of the commissioner and of the court below.

---

GURVICH v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1906.) No. 1,046. In Error to the District Court of the United States for the First Division of the District of Alaska. Malony & Cobb, for plaintiff in error. John J. Boyce and Marshall B. Woodworth, U. S. Attys.

PER CURIAM. In conformity with the opinion and mandate of the Supreme Court of the United States (25 Sup. Ct. 803, 49 L. Ed. 1172) it is ordered and adjudged by this court that the judgment of the said District Court in this cause be, and hereby is, reversed, and the cause is remanded to the said District Court for a new trial. See, also, Rassmussen v. U. S., 25 Sup. Ct. 514, 49 L. Ed. 862.

---

LANE BROS. CO. et al. v. WILCOX MFG. CO. (Circuit Court of Appeals, Second Circuit. March 26, 1907.) No. 219. Appeal from the Circuit Court of the United States for the Southern District of New York. A. Parker Smith, for appellants. C. E. Pickard, A. H. Adams, J. L. Jackson, and H. A. Heyn, for appellees. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree (141 Fed. 1000) affirmed, with costs.

---

NATIONAL CASH REGISTER CO. v. UNION COMPUTING MACH. CO. (Circuit Court of Appeals, Third Circuit. March, 1907.) No. 5. Appeal from the Circuit Court of the United States for the District of New Jersey. Edward Rector, for appellant. A. D. Kenyon, for appellee.

PER CURIAM. Appeal dismissed, at the costs of appellant. See 143 Fed. 342.

---

THE ROSEDALE. THE CYGNUS. (Circuit Court of Appeals, Second Circuit. March 5, 1907.) Nos. 200, 201. Appeal from the District Court of the United States for the Southern District of New York. La Roy S. Gove and James J. Macklin, for appellant. A. G. Thatcher and Butler, Notman & Wynderse, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decree (141 Fed. 1001) affirmed, with interest and costs.